UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WADE A. GOEING,                                                                                    Plaintiff,

v.                                                                          Civil Action No. 3:20-cv-781-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY,                                                  Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Wade A. Goeing filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Goeing's application for supplemental security income benefits. (Docket No. 1)  The case was referred to Magistrate Judge Colin H. Lindsay for report and recommendation.  Judge Lindsay issued his Findings of Fact, Conclusions of Law and Recommendation on August 12, 2022, recommending that the administrative decision be vacated and remanded. (D.N. 23)  The time for objections to the magistrate judge's recommendation has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Lindsay (D.N. 23) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)     A separate judgment will be entered this date.

August 29, 2022

David J. Hale, Judge
United States District Court

1